# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

March 04, 2022

Ms. Melissa Helen Burkland
U.S. ATTORNEY'S OFFICE
District of North Dakota
Suite 250
655 First Avenue, N.
Fargo, ND  58102-4932

RE:  22-1461  Alfonso Rodriguez, Jr. v. United States

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CBO

Enclosure(s)

cc:     Ms. Brenda J. Cernik
        Mr. Nicholas Whitney Chase
        Mr.  Clerk, U.S. District Court, North Dakota
        Ms. Kelly A. Kroke
        Mr. Joseph Luby
        Mr. Eric John Montroy
        Mr. Alfonso Rodriguez Jr.

        District Court/Agency Case Number(s):   2:11-cv-00088-RRE

**Caption for Case Number: 22-1461**

Alfonso Rodriguez, Jr.

        Petitioner - Appellee

v.

United States of America

        Respondent - Appellant

**Addresses for Case Participants:   22-1461**

Ms. Melissa Helen Burkland
U.S. ATTORNEY'S OFFICE
District of North Dakota
Suite 250
655 First Avenue, N.
Fargo, ND  58102-4932

Ms. Brenda J. Cernik
1320 Sommerset Drive
West Fargo, ND  58078

Mr. Nicholas Whitney Chase
U.S. ATTORNEY'S OFFICE
District of North Dakota
Suite 250
655 First Avenue, N.
Fargo, ND  58102-4932

Mr.  Clerk, U.S. District Court, North Dakota
U.S. DISTRICT COURT
District of North Dakota
Suite 130
655 First Avenue, N.
Fargo, ND  58102-0000

Ms. Kelly A. Kroke
QUENTIN N. BURDICK UNITED STATES COURTHOUSE
130
655 First Avenue, N.
Fargo, ND  58102-4932

Mr. Joseph Luby
FEDERAL COMMUNITY DEFENDER OFFICE
Capital Habeas Unit
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

Mr. Eric John Montroy
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

Alfonso Rodriguez Jr.
U.S. PENITENTIARY
08720-059
P.O. Box 33
Terre Haute, IN  47808-0033