# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1461

Alfonso Rodriguez, Jr.

Appellee

v.

United States of America

Appellant

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(2:11-cv-00088-RRE)

---

## ORDER

IT IS ORDERED that the Federal Community Defender Capital Habeas Unit is hereby appointed to represent (or to continue to represent) the above named appellee in all matters pertaining to this action before this Court.

March 04, 2022

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans