# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Alfonso Rodriguez, Jr. _____ vs. United States of America _____

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-1461 _____ for the following party(s): (please specify)

> Alfonso Rodriguez, Jr.

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Joseph W. Luby _____ s/: /s/Joseph W. Luby _____

Firm Name: Federal Community Defender Office, E.D. Pa, Capital Habeas Unit _____

Business Address: 601 Walnut Street, Suite 545 West _____

City/State/Zip: Philadelphia, PA 19106 _____

Telephone Number (Area Code): 215-928-0520 _____

Email Address: joseph_luby@fd.org _____

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 03/04/2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: