# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __Alfonso Rodriguez, Jr.__ vs.__United States of America__

**The Clerk will enter my appearance as Counsel in Appeal No.** __22-1461__ for the following party(s): (please specify)

Alfonso Rodriguez, Jr.

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Eric J. Montroy__  s/: __/s/Eric J. Montroy__

Firm Name: __Federal Community Defender Office, E.D. Pa, Capital Habeas Unit__

Business Address: __601 Walnut Street, Suite 545 West__

City/State/Zip: __Philadelphia, PA 19106__

Telephone Number (Area Code):__215-928-0520__

Email Address: __eric_montroy@fd.org__

### CERTIFICATE OF SERVICE

☑ I hereby certify that on __03/04/2022__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: