# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1461

Alfonso Rodriguez, Jr.

Appellee

v.

United States of America

Appellant

_____

Appeal from U.S. District Court for the District of North Dakota - Eastern
(2:11-cv-00088-RRE)

_____

## ORDER

Appellee has filed a motion to dismiss this appeal for lack of appellate jurisdiction. The

United States is directed to file a response to this motion by March 28, 2022. The briefing

schedule will be held in abeyance pending the disposition of the motion to dismiss the appeal.

March 16, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans