ALFONSO RODRIGUEZ, JR.,

              Petitioner - Appellee,

              v.

UNITED STATES OF AMERICA,

              Respondent - Appellant.

Case No. 22-1461

**CERTIFICATE REGARDING
TRANSCRIPT OF PROCEEDINGS**

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Megan A. Healy, Assistant United States Attorney, pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B) hereby certifies that no transcript will be ordered because the transcripts of the proceedings below are already on file with the district court.

The district court conducted three evidentiary hearings in this post-conviction action brought under 28 U.S.C. § 2255. See United States v. Rodriguez, No. 2:04-cr-00055 (D.N.D.). The transcript of the evidentiary hearing conducted on September 8–9, 2015, is filed on the district court docket at Docs. 987 (Vol. 1 – Sept. 8, 2015) and 988 (Vol. 2 – Sept. 9, 2015). The transcript of the evidentiary hearing conducted on June 20–23 and September 11, 2017, is filed on the district court docket at Docs. 1069 (June 20, 2017), 1070 (June 21, 2017), 1071 (June 22, 2017), 1072 (June 23, 2017), and 1073 (Sept. 11, 2017). The transcript of the evidentiary hearing conducted on January 28 to February 7, 2019, is filed on the district court docket at Docs. 1118 (Vol. 1 – Jan. 28, 2019), 1119 (Vol. 2 – Jan. 29, 2019), 1120 (Vol. 3 – Jan. 30, 2019), 1123 (Vol. 4 – Jan. 31. 2019), 1125 (Vol.

5 – Feb. 1, 2019), 1127 (Vol. 6 – Feb. 4, 2019), 1129 (Vol. 7 – Feb. 5, 2019), 1131 (Vol. 8 – Feb. 6, 2019), and 1132 (Vol. 9 – Feb. 7, 2019). A partial transcript, containing the testimony of Robert G. Hoy on June 22, 2017, was filed on the district court docket at Doc. 1056. The district court also accepted the deposition testimony of Dr. George Sensabaugh in lieu of live testimony. The transcript of his deposition is filed on the district court docket at Doc. 1053-1.

Transcripts of proceedings in the underlying criminal case are also already on file in the district court docket. The transcripts of pretrial proceedings, including the initial appearance and arraignment, status conferences, motion hearings, an ex parte hearing, and the pretrial conference are filed on the district court docket at Docs. 664, 665–683. The trial transcript is filed on the district court docket at Docs. 684–727. The transcript for a hearing on Rodriguez's new trial motion is filed on the district court docket at Doc. 728, and the transcript of Rodriguez's sentencing is filed on the district court docket at Doc. 729.

Dated: March 17, 2022

NICHOLAS W. CHASE
United States Attorney


By: /s/ *Megan A. Healy*
MEGAN A. HEALY
Assistant United States Attorney
MN Bar ID 0387810
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
megan.healy@usdoj.gov
Attorney for United States

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2022, the above-named document was filed electronically with the Clerk of Court through ECF.

Dated:  March 17, 2022

*/s/ Linda J. Collins*
LINDA J. COLLINS
Office of the United States Attorney