IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

ALFONSO RODRIGUEZ, JR.,

        Petitioner - Appellee,

        v.

UNITED STATES OF AMERICA,

        Respondent - Appellant.

Case No. 22-1461

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL
RULE OF APPELLATE PROCEDURE 42(b)

        IT IS HEREBY STIPULATED AND AGREED by and between the parties

that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule

of Appellate Procedure 42(b).

        Each party shall bear its own costs.

        Respectfully submitted,

        Dated:  March 25, 2022

NICHOLAS W. CHASE
United States Attorney

/s/ *Nicholas W. Chase*
NICHOLAS W. CHASE
United States Attorney
ND Bar ID 05361
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
nick.chase@usdoj.gov
Attorney for United States

/s/ *Joseph W. Luby*
Joseph W. Luby
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA  19106
(215) 928-0520
Counsel for Appellee

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT,
TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

The undersigned hereby certifies that this stipulation complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) in that the number of words contained in this motion is 33.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman size 14 font.

Dated: March 25, 2022

NICHOLAS W. CHASE
Acting United States Attorney

/s/ *Nicholas W. Chase*
NICHOLAS W. CHASE
United States Attorney
ND Bar ID 05361
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
nick.chase@usdoj.gov
Attorney for United States

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

ALFONSO RODRIGUEZ, JR.,

      Petitioner - Appellee,

v.

UNITED STATES OF AMERICA,

      Respondent - Appellant.

Case No. 22-1461

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, the following document:

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**

was filed electronically with the Clerk of Court through ECF.

      Dated: March 25, 2022

*/s/ Linda J. Collins*
LINDA J. COLLINS
Office of United States Attorney

4