# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 22-1461
_____

Alfonso Rodriguez, Jr.

Petitioner - Appellee

v.

United States of America

Respondent - Appellant

Appeal from U.S. District Court for the District of North Dakota - Eastern
(2:11-cv-00088-RRE)

## JUDGMENT

The parties have filed a joint stipulation of dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 28, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans